IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12cv796-FDW-DSC

| | |
|---|---|
| THE PROCTOR & GAMBLE COPANY, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| ENHANCED IMAGE TECHNOLOGIES, LLC, et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Thomas L. Duston, Sarah J. Kalemeris and Kevin D. Hogg]" (documents ## 2-4) filed November 30, 2012. For the reasons set forth therein, the Motions will be granted

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 21, 2012

David S. Cayer
United States Magistrate Judge