UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 12-cv-796-FDW-DSC

| The Procter & Gamble Company and Canfield Scientific, Incorporated, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| Enhanced Image Technologies, Incorporated and PSI Co., Ltd. | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on the parties' Joint Motion for Modification to the Claim Construction Scheduling Order (Doc. No. 25). In light of the stipulations among the parties and the fact that no deadline for filing pleadings with the Court is extended, the Court GRANTS that motion. It is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| Event | Current Date | Proposed Date |
|---|---|---|
| Serve Initial Infringement Contentions | 6/27/13 | 7/10/13 |
| Serve Initial Invalidity Contentions | 8/26/13 | 9/9/13 |
| Exchange of Terms for Construction | 9/16/13 | 9/24/13 |
| Exchange Preliminary Claim Constructions | 10/7/13 | 10/15/13 |
| File Joint Claim Construction Statement | 11/6/13 | No Change |
| Close of Claim Construction Discovery | 12/6/2013 | No Change |
| File Opening Claim Construction Brief | 12/20/2013 | No Change |
| File Responsive Claim Construction Brief | 1/3/2014 | No Change |
| File Reply Claim Construction Brief | 1/10/2014 | No Change |
| File Surreply Claim Construction Brief | 1/17/2014 | No Change |
| File Claim Construction Chart | 1/24/2014 | No Change |
| Claim Construction Hearing | Term beginning 2/3/2014 | No Change |

**IT IS SO ORDERED.**

Signed: June 27, 2013

Frank D. Whitney
Chief United States District Judge